UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM B. CHAMPLIN,

                    Plaintiff,

   -against-

MUSIC SALES CORP. d/b/a WISE MUSIC et al,

                   Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-7688 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on July 7, 2022 for settlement. Dkt. No. 39. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **July 15, 2022**. Proposed dates should be in the first two weeks of August.

      SO ORDERED.

DATED:    New York, New York
              July 8, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge