UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM B. CHAMPLIN

                              Plaintiff,

-v-

MUSIC SALES CORP. d/b/a WISE MUSIC and WISE
MUSIC GROUP LTD.,

                              Defendants.

21 Civ. 7688 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 24, 2022, the Court scheduled a case management conference in the above-captioned case for December 16, 2022 at 10 a.m. Dkt. 36. Due to an unavoidable conflict, that conference is adjourned to Tuesday, December 20, 2022, at 12 p.m.

This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

Please email to EngelmayerNYSDChambers@nysd.uscourts.gov, no later than twenty-four hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

Plaintiff's counsel is directed (1) to serve a copy of this order upon all attorneys in this action, and (2) to file proof of such notice with the Court. If plaintiff's counsel is unaware of the identity of counsel for any of the parties, plaintiff's counsel must forthwith send a copy of this order to that party personally.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2022
       New York, New York